ELIZABETH STERN and WILLIAM H. STERN, as Administrators, etc., of ARTHUR J. STERN, Deceased, Appellants, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes for reversal. [161 Misc. 18.]

CHARLES S. RAFSKY, Appellant, v. ALEX YOKEL, Respondent.— Determination unanimously affirmed, with costs and disbursements, and judgment absolute directed in favor of the defendant and against the plaintiff, pursuant to the stipulation filed in the office of the clerk of this court on March 4, 1938, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MAXIM KLIMENKO, Respondent, for the Revocation of Letters of Administration Issued to JUSTYNA KLIMENKO and CATHERINE STONEK, of the Goods, Chattels and Credits of ADAM KLIMENKO, Also Known as ADAM DOOB, Deceased. JUSTYNA KLIMENKO and CATHERINE STONEK, Appellants.— Decree and order affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes for reversal. [166 Misc. 148.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 305 EAST EIGHTY-EIGHTH STREET CORPORATION, Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOSEPH S. ABRAMS, Doing Business under the Firm Name and Style of ABRAMS & COMPANY, Appellant, Respondent, v. MILNAG LEASING CORPORATION, Respondent, Appellant.— Order unanimously affirmed, without costs, with leave to the plaintiff to serve an amended complaint within twenty days after service of order, upon payment of the ten dollars motion costs at Special Term. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MARY GANZ, Appellant, v. JOSEPH GANZ, Respondent.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Transfer Tax upon the Estate of EDDY PALMER, Deceased. GUARANTY TRUST COMPANY OF NEW YORK and Others, as Executors, etc., Appellants; STATE TAX COMMISSION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ARTHUR I. HARRISON, Trading under the Firm Name and Style of ARTHUR I. HARRISON COMPANY, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a Foreign Corporation, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.